**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2012 AUG -2  PM 4: 16

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　V.<br><br>MARK JONATHAN NEWTON<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　1:12-CR-23 SEB/KPF<br>)　1:12-CR-121-SEB/KPF<br>)<br>)<br>)<br>) |

### PETITION TO ENTER A PLEA OF GUILTY
### and
### REQUEST FOR PRESENTENCE INVESTIGATION

　　　The defendant MARK JONATHAN NEWTON, individually and by counsel, petitions the court for leave to enter a plea of guilty.

The defendant represents to the court as follows:

1.　My full true name is MARK JONATHAN NEWTON.

2.　I can read and write the English language.

-1-

3. I have received a copy of the Indictment and Information which is to be filed. I have read them and discussed them with my attorneys and I believe I understand the charges brought against me in this case.

4. I understand that

   a. The maximum statutory punishment for the charge in Count 1 of the Indictment is thirty years in prison, a fine of $250,000, and supervised release for life. The maximum statutory punishment for the charge in the Information is ten years in prison, a fine of $250,000, and supervised release for life. The charge in Count 1 of the Indictment has a statutory minimum of fifteen years in prison.

   b. I will have to pay, at the time of sentencing, a special assessment of $200.

   c. I may have to pay a fine.

   d. I may have to pay restitution.

5. I have the right to be represented by an attorney at every stage of this legal proceeding and if I am financially unable to hire an attorney one will be appointed to represent me.

6. With respect to the Information to be filed, I have a right to have the case submitted to a Grand Jury and the case can proceed pursuant to this Information only if I waive my right to a Grand Jury Indictment.

7. I know I have a right to plead not guilty, or to persist in a not guilty plea already made, and if I choose to plead not guilty the Constitution guarantees me:

   a. the right to a speedy and public trial by jury;

   b. the right to be charged in the district in which I am charged and with respect to the charge in the Information I can be charged in the Southern District of Indiana only if I waive this right;

   c. the right to confront and cross-examine adverse witnesses;

    d.    the right to use the power and the process of the court to compel the production of any evidence, including the attendance of any witnesses in my favor, at my trial;

    e.    the right to the assistance of counsel at every stage of the proceedings, including an appeal if need be;

    f.    the right to remain silent, including a right not to be compelled to testify at my trial;

    g.    the right to testify in my own defense at the trial; and

    h.    a right to appeal my conviction and my sentence to a higher court even if I am financially unable to pay the cost of an appeal.

8.    If my plea of guilty is accepted by the court there will not be a further trial of any kind and that by pleading guilty I waive the right to a trial.

9.    Except for the written plea agreement no officer or agent of any branch of government (federal, state or local), nor any other person, has made any promise or suggestion of any kind to me, or within my knowledge to anyone else, that I would

receive a lighter sentence or any other consideration if I would plead guilty, and no such person has made any threats against me if I exercise my right to go to trial.

10. I offer my plea of guilty freely and voluntarily and of my own accord.

11. I request a presentence investigation by the probation office of this court to be commenced immediately. I consent to the review of my presentence report by the Judge, by my attorney and myself, and by counsel for the government prior to the acceptance of my plea of guilty by the court.

Dated: 2 Aug 2012

_____
MARK JONATHAN NEWTON

Dated: 2 Aug 2012

_____
Gwendolyn M. Beitz
William E. Marsh
Indiana Federal Community Defenders
Suite 752
111 Monument Circle
Indianapolis, IN. 46204-5172
(317) 383-3520
Attorney for MARK JONATHAN NEWTON

## CERTIFICATE OF SERVICE

I certify that a copy has been provided to Steven D. DeBrota and A. Brant Cook, Assistant United States Attorney.

_____
Gwendolyn M. Beitz