UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:12-cr-023-02 SEB-DML |
| vs. | ) | 1:12-cr-121-01 SEB-TAB |
| | ) | |
| MARK NEWTON, | ) | |
| | ) | |
| Defendant. | ) | |

The Honorable Sarah Evans Barker, Judge
Entry for June 28, 2013

On this date, Defendant appeared in person together with Federal Community Defenders Gwendolyn Beitz and Monica Foster and the Government appeared by AUSAs Steve DeBrota, Brant Cook, and Michael Grant together with the Government's investigative agent, Brian Bone. David Schoettmer appeared on behalf of the United States Probation Office. Court convened for a sentencing hearing, which was reported by Court Reporter, David Moxley.

- ! Before the hearing began, the Court heard oral argument on the Government's Motion to Unseal Case. The Court, having considered the parties' arguments, GRANTED the motion and Cause Nos. 1:12-cr-023 and 1:12-cr-121 were both ordered UNSEALED.

- ! Defendant was advised of his rights and the possible penalties.

- ! The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

! Sentence was imposed as stated on the record, including:
  <u>Special Assessment</u>: $200.00 payable through the inmate financial responsibility program
  <u>Incarceration</u>: 360 months in Cause 1:12-cr-23-02 and 120 months in Cause 1:12-cr-121-01, to run consecutively for a total of 480 months
  <u>Supervised Release</u>: 10 years in Cause 1:12-cr-23-02 and 120 months in Cause 1:12-cr-121-01, to run concurrently.  Drug testing shall not be required.  Defendant shall participate in a program for the treatment of sex offenders.
  <u>Restitution</u>: $400,000.00
  <u>Fine</u>: $5,000.00

! The Court will recommend to the Bureau of Prisons that Defendant receive mental health counseling and other treatment services appropriate for sex offenders.

! Defendant was remanded to the custody of the U.S. Marshal.

! The hearing was adjourned.

Copies to:

Gwendolyn M. Beitz
INDIANA FEDERAL COMMUNITY DEFENDERS
gwendolyn_beitz@fd.org

A. Brant Cook
UNITED STATES ATTORNEY'S OFFICE
brant.cook@usdoj.gov

Steven D. DeBrota
UNITED STATES ATTORNEY'S OFFICE
steve.debrota@usdoj.gov

Monica Foster
INDIANA FEDERAL COMMUNITY DEFENDERS
monica_foster@fd.org

Michael Wayne Grant
UNITED STATES DEPARTMENT OF JUSTICE
michael.grant@usdoj.gov